■ In the Matter of BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF CITY OF BUFFALO, Respondent, v BUFFALO TEACHERS FEDERATION, INC., Appellant. [813 NYS2d 689]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 4, 2005. The order granted the application of petitioner and stayed arbitration.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.

■ ROBERT RODRIGUEZ, JR., Appellant, v SEVEN SEVENTEEN HB BUFFALO CORPORATION et al., Defendants, and V.I.P. CUSTODIAL BUILDING SERVICES AND SUPPLIES, INC., Also Known as V.I.P. BUILDING SERVICES, INC., Respondent. [813 NYS2d 690]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered July 14, 2004. The order, among other things, granted the cross motion of defendant V.I.P. Custodial Building Services and Supplies, Inc., also known as V.I.P. Building Services, Inc., for leave to serve an answer to the second amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.